UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 12 CR 447-1 |
| | ) | |
| RAGHUVEER NAYAK, | ) | Judge Robert W. Gettleman |
| | ) | |
| Defendant. | ) | |

**RELEASE OF JUDGMENT LIEN**

Judgment was entered against the defendant, in the above-captioned case, in the United States District Court for the Northern District of Illinois under case number 12 CR 447-1. The judgment in the amount of $524,000.00, having been paid or otherwise satisfied, is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Dupage County Recorder's Office on March 10, 2014, as document number R2014-019142, is hereby released.

                Respectfully submitted,

                ZACHARY T. FARDON
                United States Attorney

               By: s/ Joseph Stewart
                  JOSEPH A. STEWART
                  Assistant United States Attorney
                  219 South Dearborn Street
                  Chicago, Illinois 60604
                  312-469-6008
                  joseph.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Raghuveer Nayak

Pekin, IL

             By: s/ Joseph Stewart
                JOSEPH A. STEWART
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                312-469-6008
                joseph.stewart@usdoj.gov