IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

                              No. 12 CR 447
                              Honorable Robert W. Gettleman

    v.

RAGHUVEER NAYAK,
        Defendant

## AGREED ORDER

This matter coming before the Court on the request of the Probation Officer that the order entered March, 18, 2016 (Dkt. #137) be clarified , and the parties having agreed to this order,

IT IS HEREBY ORDERED:

1. Defendant Nayak is authorized to travel to London, England and/or Paris, France, subject to receipt of any applicable visas, between July 26, 2016 and August 10, 2016.

2. Defendant shall provide the Probation Officer with his itinerary and shall surrender his passport to the Probation Officer within 48 hours of his return.

IT IS SO ORDERED.

                              ENTERED:

                              */s/ Robert W. Gettleman*
                              _____

                              Hon. Robert W. Gettleman
                              United States District Court Judge

Dated: July 21, 2016

AGREED AS TO FORM:
/s/ Andrianna D. Kastanek
Andrianna D. Kastanek
Assistant United States Attorney

PREPARED BY:
Thomas K. McQueen
Law Offices of Thomas K. McQueen, P.C.
Counsel for Defendant Nayak